UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: PAUL A. CHIN, ESQ.

CARL WEBER

Plaintiff(s)

- against -

Index # 08 CV 0983 (KOELTL)

JIHAD UHURU

Purchased January 30, 2008

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF Georgia : COUNTY OF Gwinnett ss:

Coleman Martinelli BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 234 Luckie Street, Lawrenceville GA 30045

That on March 25, 2008 at 08:15 PM at

2400 AVEBERRY COURT, SE
CONYERS, GA 30013

deponent served the within SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL on JIHAD UHURU therein named.

**AFFIXING TO DOOR** by affixing a true copy of each to the door of said premises, which is the Defendant's dwelling house/usual place of abode within the state. Deponent was unable, with due diligence to find the Defendant or a person of suitable age and discretion, thereat, having called there on:

February 2, 2008 AT 7:45 PM    February 6, 2008 AT 8:15 AM
March 25, 2008 AT 8:15 PM

ADDRESS VERIFIED BY ATTORNEY'S RECORDS ONLY.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: 03 26 08

Notary: [signature]

DOUG MARTINELLI
NOTARY PUBLIC, GWINNETT COUNTY GEORGIA
MY COMMISSION EXPIRES JULY 21, 2011.

Server: Coleman Martinelli
Coleman Martinelli
Invoice #: 456167

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: PAUL A. CHIN, ESQ.

---

CARL WEBER

                                             Plaintiff(s)

              - against -                        Index # 08 CV 0983 (KOELTL)

JIHAD UHURU                                     Purchased January 30, 2008

                                         Defendant(s)    Mail Date March 28, 2008

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 28, 2008 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL to JIHAD UHURU at

2400 AVEBERRY COURT, SE
CONYERS, GA 30013

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on: March 28, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | JONATHAN GRABER |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | License #: 1102041 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | Invoice #: 456167 |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728