USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL WEBER,

               Plaintiff,        08 Civ. 983 (JGK)

   - against -             ORDER

JIHAD UHURU,

               Defendant.

JOHN G. KOELTL, District Judge:

    The conference scheduled for May 15, 2008 is adjourned to a date to be determined.

SO ORDERED.

Dated:   New York, New York
         May 15, 2008

                                            John G. Koeltl
                                  United States District Judge