Jihad Uhuru
2324 Fountainhead Cir.
Conyers, GA. 30013
5-5-08



Dear Honorable Judge Koeltl

I wrote to you explaining that I hadn't been properly served the summons for case number 08 CV 0983. The address it was sent to has been vacant since the first of January, 2008. The United States postal service can verify this as well as my former neighbors. As I stated, I went by the residence at 2400 Aveberry Ct. Conyers GA. 30013, which again, I hadn't lived or no one else has lived there since January 2008. At the front porch was a rain weathered summons, as stated previously. In a letter from your office, it was explained that an answer was due on April 14, 2008, I did not even see the summons until April 11, 2008. And when I did, I wasted no time in contacting your office, and was told to write a letter explaining the situation, which I did. For these reasons which are due to improper service of summons 08 CV 0983, I am requesting an extension on filing an answer to the courts for summons 08 CV 0983. Thank you for your patience.

Sincerely

Jihad Uhuru

*Time to respond to the summons and complaint extend to June 13, 2008.*

*So ordered.*

*JG Koeltl*
*5/14/08   U.S.D.J.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

Jihad Uhuru
2324 Fountainhead Cir.
Conyers, GA. 30013

RECEIVED
SDNY PRO S OFFICE
2008 APR 22  4: 01



Dear, Honorable Judge Koeltl

Your Honor, My name is Jihad Uhuru and **summons 08 CV 0983** was delivered to my previous home address, of 2400 Aveberry Ct. Conyers, GA. 30013. I moved from that home, the beginning of January, 2008. The house had been vacant since. I just recently went back to home on Friday, April 11, 2008 and weathered and rain damaged, this summons was on the front porch. It says I have 20 days to answer the summons that I had no idea about. I have no idea what to do. Can you please assist me in what steps I need to take? Thank you very much sir. And last, I live in Georgia and because of the plaintiff I am in bankruptcy and I don't have the money to obtain an Attorney, so I am also asking if there is any form of free legal services I am eligible for, or if I can represent myself in this civil action.


Thank you so much for your time


Jihad Uhuru