```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL WEBER,

                Plaintiff,      08 Civ. 983 (JGK)

   - against -                 ORDER

JIHAD UHURU,

                Defendant.

JOHN G. KOELTL, District Judge:

    The defendant's time to move or answer is extended to August 1, 2008.

SO ORDERED.

Dated:   New York, New York
          July 10, 2008

                                       John G. Koeltl
                                United States District Judge